ALLAN L. McDERMOTT, PLAINTIFF IN ERROR, v. STATE, R. B. SEYMOUR, PROSECUTOR, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Wm. Brinkerhoff.*

For the defendant in error, *John W. Taylor.*

PER CURIAM.    The judgment of the Supreme Court is unanimously affirmed.